# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter **7** |
| | ) | |
| PETER JASON STINE | ) | Case No. **24-60960** |
| LEAH RAE STINE, | ) | |
| Debtors. | ) | |

## NOTICE OF HEARING & DEADLINE TO FILE OBJECTION

PLEASE TAKE NOTICE that the Movants have requested the entry of an order granting the following Motion, a copy of which is attached hereto:

### MOTION TO SUBSTITUTE COUNSEL

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been scheduled in the U.S. Bankruptcy Court for Western District of Virginia as follows:

| Date & Time | Location |
|---|---|
| 10/17/2024 at 9:30 a.m. | The hearing shall be held by video conference. Parties shall NOT appear in person. Any party opposing the motion or otherwise seeking to be heard should read carefully the remainder of this Notice regarding the importance of filing a response and also should join the video conference hearing using the following URL and Meeting ID:<br>**Meeting ID:** 160 369 2643<br>**URL:** https://vawb-uscourts-gov.zoomgov.com/j/1603692643 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to pursuant to Local Rule 9013-1(M), any party wishing to object to the Motion must file a written response to the Motion with the Court and serve such objection upon the undersigned counsel by not less than seven (7) days before the date of the hearing specified in this Notice, and that the failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the Motion prior to the hearing, cancelling the hearing described in this Notice, and / or taking such other action as may be appropriate to further the ends of justice.

Date:  September 5, 2024                                    PETER JASON STINE
                                                                                       LEAH RAE STINE,

By: /s/ DAVID WRIGHT<br>Counsel

DAVID WRIGHT (VSB No. 40424)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone:    434-845-2600
Facsimile:    434-845-0727
Email: dave@coxlawgroup.com
Counsel for the Debtors / Movants

### *CERTIFICATE OF SERVICE*

I hereby certify that on September 5, 2024, I filed the foregoing Notice and Motion using the CM/ECF filing system, causing service by electronic notice upon all parties requesting electronic notice, and on the same date served all other creditors on the mailing matrix by First Class Mail.

/s/ DAVID WRIGHT
DAVID WRIGHT

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

IN RE:
PETER JASON STINE                                    CHAPTER 7
LEAH RAE STINE                                       CASE NO. 24-60960

    Debtors.

## MOTION TO SUBSTITUTE COUNSEL

The above Debtors move for permission for H. David Cox of the Cox Law Group, PLLC, to be substituted as counsel for the Debtors in place of David Wright with the Cox Law Group, PLLC in the above styled action.

WHEREFORE, the Movants pray that David Wright be permitted to withdraw as counsel for the Debtors and that H. David Cox of the Cox Law Group, PLLC, be substituted in his place.

Date: September 5, 2024          /s/ Peter Jason Stine
                                 Peter Jason Stine

                                 /s/ Leah Rae Stine
                                 Leah Rae Stine

/s/ David Wright
David Wright
Cox Law Group, P.L.L.C.
900 Lakeside Drive
Lynchburg VA 24501
VSB 40424
434-845-2600
434-845-0727 fax
dave@coxlawgroup.com